**In re VOTER REFERENDUM
PETITION FILED AUGUST
5, 2008**

**Petition of Sean Connolly Casey.**

Supreme Court of Pennsylvania.

Nov. 6, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 6th day of November 2008, the Petition for Allowance of Appeal is **GRANTED.** The issues as framed by petitioner are:

(1) Whether the Allegheny County Drink Tax is a "tax imposed on non-residents" within the meaning of 53 Pa.C.S. § 2962(b)?

(2) Whether the voters of Allegheny County may limit the rate of the Drink Tax by voter-initiated referendum?

The parties are also directed to address the following additional issues:

(3) Whether the referendum proposed by petitioner is binding or non-binding?

(4) If the referendum proposed by petitioner is non-binding, whether specific constitutional or statutory authority is required before such measures may be placed on the ballot.

In addressing these issues, the parties are directed to follow the principles of statuto-ry interpretation set forth in the Statutory Construction Act, 1 Pa.C.S. § 1901, *et seq.,* in order to ascertain the meaning of Section 2962(b) of the Municipalities Code, 53 Pa.C.S. § 2962(b).

■

**GTECH CORPORATION**

v.

**COMMONWEALTH of Pennsylvania,
DEPARTMENT OF REVENUE, and
Scientific Games International, Inc.**

**Petition of Scientific Games
International, Inc.**

Supreme Court of Pennsylvania.

Nov. 7, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 7th day of November, 2008, the Emergency Application for Extraordinary Relief Under King's Bench Jurisdiction is DENIED.